UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PAMELA SZTYBLEWSKI, | Case No. 2:26-cv-00964-JAK-JDE |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order re Complaint by the assigned magistrate judge (Dkt. 5), and the Report and Recommendation of the magistrate judge (Dkt. 7, "Report"). Plaintiff did not file a timely objection to the Report. The Report is approved and accepted.

IT IS HEREBY ORDERED that: (1) Plaintiff's IFP Request (Dkt. 2) is DENIED; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated:   March 18, 2026

_____
JOHN A. KRONSTADT
United States District Judge