JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAMELA SZTYBLEWSKI, | Case No. 2:26-cv-00964-JAK-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated:  March 18, 2026

_____
JOHN A. KRONSTADT
United States District Judge